**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BLANCA O. WINTER and NOEL T.
WINTER,

                Plaintiffs,

v.                                           Case No:  6:12-cv-517-Orl-36KRS

THE R4 GROUP, INC., BETTY
SHUMENER and THE MET IN WARNER
CENTER,

                Defendants.
_____/

**ORDER**

      This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding, on May 18, 2012 (Doc. 5).  In the Report and Recommendation, Judge Spaulding recommends that Plaintiffs Blanca O. Winter and Noel T. Winter's (collectively "Plaintiffs") Motions for Leave to Proceed *In Forma Pauperis* (Docs. 2, 4) be denied because Plaintiffs have failed to state a claim upon which relief can be granted and because venue in the Middle District of Florida is improper (Doc. 5, p.4).  Neither party has objected to the Report and Recommendation and the time to do so has expired.

      This Court agrees with the Magistrate Judge's finding that Plaintiffs' Complaint fails to state a claim on which relief can be granted.  Plaintiffs cite sections 245 and 241 of Title 18, criminal violations for which there is no private cause of action, and Plaintiffs do not allege that Defendants acted with discriminatory animus in violation of the Fair Housing Act, 43 U.S.C. § 3601.  Doc. 5, pp. 3-4; 18 U.S.C. §§ 241 and 245.  Moreover, venue in the Middle District of

1

Florida is improper because none of the Defendants reside or can be found in this District, the events underlying the claims did not occur in this District, and the property at issue is not in this District.   29 U.S.C. §1391(b).   Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs Blanca O. Winter and Noel T. Winter's Motions for Leave to Proceed *In Forma Pauperis* (Docs. 2, 4) are **DENIED.**

3. This action is **DISMISSED**, without prejudice, with leave for Plaintiffs to file a complaint in the appropriate federal or state court in California..  The clerk is directed to terminate all pending motions and close this file.

**DONE** and **ORDERED** in Orlando, Florida on June 4, 2012.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Karla R. Spaulding